# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EARL,<br><br>            Plaintiff,<br><br>   v.<br><br>DIAZ, *et al.*,<br><br>            Defendants. | Case No. 1:19-cv-00712-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DENIAL OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(ECF Nos. 3, 10) |

    Plaintiff Brandon Earl ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 10, 2020, the assigned Magistrate Judge issued findings and recommendations recommending denial of Plaintiff's motion for preliminary injunction. (ECF No. 10.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 4.) On March 18, 2020, the findings and recommendations were returned as "Undeliverable, Paroled – Inmate No Longer at DMCCF." The Court has not received a notice of change of address or any other communication from Plaintiff, and the deadline for Plaintiff to file his objections has expired.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on March 10, 2020, (ECF No. 10), are adopted in full;
2. Plaintiff's motion for preliminary injunction, (ECF No. 3), is denied; and
3. The matter is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: March 27, 2020

_____
SENIOR DISTRICT JUDGE