# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EARL,<br><br>            Plaintiff,<br><br>      v.<br><br>DIAZ, *et al.*,<br><br>            Defendants. | Case No.  1:19-cv-00712-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE<br><br>(ECF No. 12) |

Plaintiff Brandon Earl ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2020, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's motion for preliminary injunction be denied.  (ECF No. 10.)  On March 18, 2020, the findings and recommendations that had been served to Plaintiff's mailing address of record were returned as "Undeliverable, Paroled – Inmate No Longer at DMCCF."

Following Plaintiff's failure to respond to the Court's order or otherwise communicate with the Court, on May 29, 2020, the assigned Magistrate Judge issued findings and recommendations recommending dismissal of this action, without prejudice, for failure to prosecute.  (ECF No. 12.)  Those findings and recommendations were served on Plaintiff and

contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (Id. at 3.)  No objections have been filed, and the deadline to do so has expired.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 29, 2020, (ECF No. 12), are adopted in full;
2. This action is dismissed, without prejudice, for failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  June 26, 2020

SENIOR DISTRICT JUDGE

---

[1] On June 15, 2020, the May 29, 2020 findings and recommendations were also returned as "Undeliverable, Paroled."